PER CURIAM.
Affirmed. See Coffman Realty, Inc. v. Tosohatchee Game Preserve, Inc., 381 So.2d 1164 (Fla. 5th DCA 1980), approved, 413 So.2d 1 (Fla.1982); Johnson v. Gulf Life Ins. Co., 429 So.2d 744 (Fla. 3d DCA 1983); Willis v. L.W. Foster Sportswear Co., 352 So.2d 922 (Fla. 2d DCA 1977); Morrison Motor Co. v. Manheim Serv. Corp. 346 So.2d 102 (Fla. 2d DCA 1977), cert. denied, 354 So.2d 983 (Fla.1978).